IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02963-RPM

CHARLES M. KRUTSINGER,

      Petitioner,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections, and JOHN W. SUTHERS, Attorney General, State of Colorado,

      Defendant.

_____

ORDER TO FILE AN ANSWER
_____

      Upon review of the Petition for Writ of Habeas Corpus, filed by Charles M. Krutsinger on November 15, 2011, seeking relief under 28 U.S.C. § 2254, and pursuant to Rule 5 of the Rules Governing Section 2254 Cases, it is

      ORDERED that on or before January 19, 2012, the respondent shall file and serve an answer to the petition.

      DATED:   December 6th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge