IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02963-RPM

CHARLES M. KRUTSINGER,

    Petitioner,

v.

TOM CLEMENTS, Executive Director, Colorado Department of Corrections, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

ORDER CONTINUING STAY
_____

    Upon receipt of the petitioner's Third Status Report, filed today, and the briefing schedule in the Colorado Court of Appeals, it is

    ORDERED that this proceeding is continued to be stayed pending adjudication of the appeal.

    DATED:   May 29th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge